# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149929(69)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                     SC: 149929
                                     COA: 315777

CEDRIC JAMES SIMPSON,
        Defendant-Appellant.
                                     Macomb CC: 2012-001742-FH

_____/

        On order of the Court, the amended motion for reconsideration of this Court's February 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



d1116

                                     Clerk